IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REBECCA BESHEARS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:04cv1014-F |
| ) | WO |
| GREYHOUND LINES, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER ON MOTIONS**

Upon consideration of plaintiff's motion to compel (Doc. # 48), filed January 18, 2006, and defendant's motion for protective order (Doc. # 53), filed January 23, 2006, and for good cause, it is

ORDERED that the motions are GRANTED in part and DENIED in part as described in the court's oral ruling on the motions at the hearing on this date.

DONE, this 27th day of January, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE